UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DIEDRE A. JOHNSON                                              PLAINTIFF

v.                               CIVIL ACTION NO.: 3:22-CV-102-RGJ
                                              REMOVED FROM HARDIN CIRCUIT COURT
                                                                    NO. 21-CI-001557

KOHL'S, INC.                                                   DEFENDANT

\* \* \*

## NOTICE OF REMOVAL

      For its Notice of Removal of this action from the Hardin Circuit Court to the United States District Court for the Western District of Kentucky, Defendant Kohl's, Inc. states:

      1.       On or about November 24, 2021, Plaintiff Diedre A. Johnson filed a Complaint in Hardin Circuit Court, Civil Action No. 21-CI-001557. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a).

      2.       To the best of information and belief, Plaintiff Diedre A. Johnson is and was at all times relevant hereto, including the time of the commencement of civil action number 21-CI-001557 and the time of the filing of the Notice of Removal, a citizen and resident of the state of Kentucky..

      3.       Defendant Kohl's, Inc. is and was at all times relevant hereto, including the commencement of civil action number 21-CI-001557 and the time of the filing of the Notice of Removal, a corporation organized and existing under the laws of the state of Delaware and having its principal place of business in the state of Wisconsin.

4. Plaintiff is not domiciled in, nor is she a citizen or resident of, the state of Delaware or the state of Wisconsin. Defendant is neither domiciled or incorporated in Kentucky, nor is its principle place of business located in Kentucky. Accordingly, there exists complete diversity and this action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1) and is one that Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441.

5. Pursuant to Kentucky practice, the Complaint in this action did not state a specific amount in controversy. However, in written discovery responses received by Defendant on February 11, 2022, Plaintiff asserted a claim for compensatory damages in excess of $75,000, thereby indicating for the first time that the amount in controversy exceeds $75,000 exclusive of interest and costs.

6. Defendant's Notice of Removal was filed within thirty (30) days of the Defendant becoming aware of the removability of this case as required by 28 U.S.C. § 1446(b).

Respectfully submitted,

KOPKA PINKUS DOLIN, PC
Stockard R. Hickey III

/s/ Stockard R. Hickey III
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
Phone: 502.785.2809
srhickey@kopkalaw.com
Counsel for Defendant Kohl's, Inc.

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2021, I served a copy of the foregoing via U.S. mail upon counsel for Plaintiff, Zachary Craddock-Vocke, Esq., Goff & Goff PSC, 53 Public Square, Leitchfield, Kentucky 42754 and via electronic mail to counsel for Plaintiff Ryan Turner at ryan@dallasandturner.com.

              /s/ Stockard R. Hickey III
              Counsel for Defendant Kohl's, Inc.